UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEANNA HALVORSEN,<br>Plaintiff,<br>v.<br>CITY OF PETALUMA, et al.,<br>Defendants. | Case No. 26-cv-06580-AGT<br><br>**SCREENING ORDER** |

Having granted Leanna Halvorsen's *in forma pauperis* application (dkt. 12), the Court now screens her complaint, under 28 U.S.C. § 1915(e)(2)(B), and concludes that the complaint is deficient for the reasons identified below.

* * *

Halvorsen's complaint duplicates complaints she filed in a lower-numbered case, *Halvorsen v. City of Petaluma*, No. 26-cv-04064-HSG (N.D. Cal.). In both cases, the legal claims, relief sought, and parties are the same. *Compare* 26-cv-06580-AGT, Dkt. 1 (complaint); Dkt. 4 (resubmission of "more legible copy" of complaint attachment), *with* 26-cv-04064-HSG, Dkt. 1 (complaint); Dkt. 17 (amended complaint).

"Plaintiffs generally have no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant."

*Adams v. Cal. Dep't of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007) (internal quotation marks omitted), *overruled in part on other grounds by Taylor v. Sturgell*, 553 U.S. 880 (2008). The Court accordingly will not approve service of Halvorsen's complaint.

Halvorsen may file an amended complaint, on or before October 12, 2026. If she doesn't do so, or if her amended complaint is duplicative of pleadings filed in *Halvorsen v. City of Petaluma*, No. 26-cv-04064-HSG (N.D. Cal.), or otherwise fails to state a claim for relief, the undersigned will recommend that a district judge dismiss her case.

**IT IS SO ORDERED.**

Dated: September 21, 2026

Alex G. Tse
United States Magistrate Judge